UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM J. PELTIER, | ) | No. CV 12-10898-VBK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: September 26, 2013

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE